IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT WEST CASUALTY CO., | : | |
| Plaintiff, | : | |
| | : | Case No. 2:07-CV-1002 |
| v. | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| WAYNE FLANDRICH DBA J&W TRANSPORT, et al. | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on Third Party Defendants OOIDA Risk Retention Group, Inc.'s, Commercial Truck Claims Management's, and Owner-Operator Services, Inc.'s (collectively referred to as "OOIDA") Motion for Summary Judgment on Defendant/Third Party Plaintiff Wayne Flandrich dba J&W Transport's ("J&W Transport") Bad Faith Claim (doc. no. 51). OOIDA's Motion was filed on December 29, 2008. Pursuant to this Court's Preliminary Pretrial Order (doc. no. 16), the deadline for filing case-dispositive motions was September 19, 2008. Therefore, OOIDA's Motion was filed 101 days after the deadline for dispositive motions. For the foregoing reason, OOIDA's Motion for Summary Judgment on J&W Transport's Bad Faith Claim is therefore **DENIED**. This Order is without any disposition as to the underlying issues raised by OOIDA's Motion.

    **IT IS SO ORDERED.**

                                                 s/Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT COURT**

**Dated: January 7, 2009**