IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY CO., : | |
| : | |
|    Plaintiff, : | |
| : | Case No. 2:07-CV-1002 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| WAYNE FLANDRICH DBA J&W : | Magistrate Judge Abel |
| TRANSPORT, et al. : | |
| : | |
|    Defendants. : | |

### ORDER

This matter is before the Court on Wayne Flandrich's ("Flandrich") Notice of Stay. Flandrich filed the Notice of Stay on March 17, 2009 because he had filed a Chapter 13 bankruptcy in the United States Bankruptcy Court Southern District of Georgia on February 26, 2009, No. 09-20272. The Court hereby **STAYS** this case pending resolution of Flandrich's petition for bankruptcy.

   **IT IS SO ORDERED**.

                                                                                  s/Algenon L. Marbley
                                                                                ALGENON L. MARBLEY
                                                                                UNITED STATES DISTRICT COURT

**Dated: May 6, 2009**